UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KNUTSON,<br>        Plaintiff,<br>    v.<br>THE COUNTY OF ALAMEDA, et al.,<br>        Defendants. | Case No. 17-cv-05692-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice because plaintiff failed to pay the filing fee or submit a completed *in forma pauperis* application.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 8, 2018

_____
SUSAN ILLSTON
United States District Judge