# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RONALD KNUTSON,

Plaintiff,

v.

THE COUNTY OF ALAMEDA, et al.,

Defendants.

Case No. 17-cv-05692-SI

**ORDER OF DISMISSAL**

Plaintiff filed this *pro se* prisoner's civil rights action on October 3, 2017. On that date, the Court notified plaintiff in writing that the complaint was deficient due to his failure file a completed and signed Court-approved *in forma pauperis* application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. Plaintiff was advised that failure to pay the fee or file the completed application within 28 days would result in dismissal of the action. Plaintiff has failed to timely provide the Court with either the filing fee or a completed *in forma pauperis* application, and the deadline by which to do so has long passed. Accordingly, this action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application. Plaintiff may file a new action, but should include a filing fee or an *in forma pauperis* application with a new civil rights complaint to commence that new action. Because this action is now dismissed, plaintiff should *not* file an *in forma pauperis* application or pay the filing fee in this action. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: January 8, 2018

_____
SUSAN ILLSTON
United States District Judge